UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOANN HALL, and Personal Representative
of the Estate of SELWYN HALL, Decedent,

Plaintiff,

vs.

Case No.: 3-19-cv-862 J-39BT

MIKE WILLIAMS, in his official capacity as
Sheriff of Duval County, Florida, and RYAN
McGEE, individually,

Defendants.

_____/

## NOTICE OF REMOVAL

Defendant, Mike Williams, in his official capacity as Sheriff of Duval County, pursuant to 28 U.S.C. §§ 1441-1452, and Rule 4.02, Local Rules for the Middle District of Florida, respectfully files this Notice of Removal and states:

1.    The above-entitled action was commenced in the Circuit Court for the Fourth Judicial Circuit, Duval County, Florida, on or about June 28, 2019 (Case No.: 16-2019-CA-004727), and is now pending in that court.

2.    In Count IV, Plaintiff asserts claims against Sheriff Williams for excessive force in violation of the Fourth and Fourteenth Amendments.  Such claims are actionable under 42 U.S.C. § 1983 and 1988.

3.    This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331   (federal question jurisdiction) and 28 U.S.C. § 1441 (actions removable). Section 1331 provides for original jurisdiction in United States District Courts for civil actions "arising under the Constitution, laws, of treaties of the United States." Section 1441(c) provides that

diversity of citizenship is not required in cases in which the District Court's jurisdiction is based on 28 U.S.C. § 1331.

4.  Sheriff Williams was served with process in the state court action on July 9, 2019. No other Defendants have been served at the time of this filing.

5.  Pursuant to 28 U.S.C. § 1446(b), a notice of removal must be filed within thirty (30) days after receipt by the removing defendant of the initial pleading setting forth the claim for relief upon which such action is based. Thirty days have not expired since Sheriff Williams was served with summons and a copy of Plaintiff's complaint; therefore, this Notice is timely and Sheriff Williams is in full compliance with this requirement.

6.  Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), a true and legible copy of the complete state court file is submitted herewith as Exhibit "A".

7.  Pursuant to 28 U.S.C. §1446(d), this Defendant is serving a copy of this Notice of Removal on all adverse parties, and filing a copy of this Notice of Removal with the Clerk of the Fourth Judicial Circuit, Duval County, Florida.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B".

WHEREFORE, Defendant Sheriff Mike Williams respectfully requests that this Court take jurisdiction of this action and that this action be removed to this Court.

Respectfully submitted,

OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE

/s/ Sean Granat
SEAN GRANAT
Deputy General Counsel
Florida Bar No.: 138411
Sgranat@coj.net
DorothyO@coj.net
JON R. PHILLIPS
Deputy General Counsel
Florida Bar No.: 273813
Jphillips@coj.net
CRegister@coj.net
GABY C. YOUNG
Assistant General Counsel
Florida Bar No.: 183709
Gcyoung@coj.net
PCipolla@coj.net
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5061
(904) 630-1316 (fax)
Attorney for Sheriff Mike Williams, in his
official and individual capacity

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Andrew Bonderud, Esq., 301 West Bay Street, #1433, Jacksonville, FL 32202, Bonderudlaw@gmail.com, by U.S. Mail and e-mail this 24th day of July, 2019.

/s/ Sean Granat
SEAN B. GRANAT, ESQ.

3